## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN GERICKE, Individually and on behalf of All Individuals similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>TRUIST D/B/A OR F/K/A BRANCH BANKING AND TRUST COMPANY and JOHN DOES 1-10,<br><br>　　　　Defendants. | Civil Action No.<br><br><br>**CERTIFICATION OF<br>DIANE A. BETTINO. ESQ.** |

DIANE A. BETTINO, Esquire, hereby certifies:

1. I am an attorney-at-law of the State of New Jersey and a partner with the law firm of Reed Smith LLP, counsel for Defendant Truist Bank, formerly known as Branch Banking and Trust Company ("BB&T"), as successor by merger to Susquehanna Bank (collectively "Truist Bank" or "Defendant") (improperly named as "Defendant Truist d/b/a or f/k/a Branch Banking and Trust Company") in the above-captioned matter.

2. I have read the foregoing Notice of Removal, and I certify that to the best of my information and belief, the contents thereof are true and correct.

- 2 -

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                      **REED SMITH LLP**

Dated:  March 19, 2020         By: */s/ Diane A. Bettino*
                                          Diane A. Bettino

                                        506 Carnegie Center, Suite 300
                                        Princeton, NJ 08540
                                        Telephone: 609-987-0050
                                        Facsimile: 609-951-0824
                                        dbettino@reedsmith.com
                                        *Attorneys for Defendant Truist Bank*