UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN GERICKE, Individually and on behalf of All Individuals similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRUIST D/B/A OR F/K/A BRANCH BANKING AND TRUST COMPANY and JOHN DOES 1-10,<br><br>Defendants. | Civil Action No.<br><br><br><br><br>**CERTIFICATION OF SERVICE** |

I hereby certify that on this date, as counsel for Truist Bank, formerly known as Branch Banking and Trust Company ("BB&T"), as successor by merger to Susquehanna Bank (collectively "Truist Bank") (improperly named as "Defendant Truist d/b/a or f/k/a Branch Banking and Trust Company"), I caused to be filed, via electronic filing, the following documents with the United States District Court for the District of New Jersey:

    1.    Notice of Removal to the United States District Court;

    2.    Certification of Diane A. Bettino, Esquire;

    3.    Civil Cover Sheet; and

    4.    This Certification of Service.

I hereby certify that on this date, I caused copies of the foregoing documents to be served via email and overnight mail upon:

Lewis G. Adler, Esq.
26 Newton Avenue
Woodbury, NJ 08096
*Attorneys for Plaintiff*

Lee M. Perlman, Esq.
PERLMAN DEPETRIS CONSUMER LAW
1926 Greentree Road, Suite 100
Cherry Hill, NJ 08003
*Attorneys for Plaintiff*

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

**REED SMITH LLP**

Dated:  March 19, 2020

By: */s/ Diane A. Bettino*
Diane A. Bettino

506 Carnegie Center, Suite 300
Princeton, NJ 08540
Telephone: 609-987-0050
Facsimile: 609-951-0824
dbettino@reedsmith.com
*Attorneys for Defendant, Truist Bank*