**REED SMITH LLP**
*Formed in the State of Delaware*
Diane A. Bettino, Esq.
David G. Murphy, Esq.
506 Carnegie Center – Suite 300
Princeton, New Jersey 08540
Tel. (609) 514-5947
Fax (609) 951-0824

*Attorneys for Defendant Truist Bank*
*(improperly named Truist d/b/a or f/k/a Branch Banking and Trust Company)*

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN GERICKE, Individually and on behalf of All Individuals similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRUIST D/B/A OR F/K/A BRANCH BANKING AND TRUST COMPANY and JOHN DOES 1-10,<br><br>Defendants. | Civil Action No. 1:20-cv-03053<br><br>*Motion Returnable: August 17, 2020*<br><br><br>**NOTICE OF MOTION TO DISMISS COMPLAINT WITH PREJUDICE** |

To: Lewis G. Adler, Esq.
26 Newton Avenue
Woodbury, NJ 08096

Lee M. Perlman, Esq.
PERLMAN DEPETRIS CONSUMER LAW
1926 Greentree Road, Suite 100
Cherry Hill, NJ 08003

- 2 -

**PLEASE TAKE NOTICE THAT** on August 17, 2020 at 9:00 a.m., or as soon thereafter as counsel may be heard, counsel for Defendant Truist Bank (improperly named Truist d/b/a or f/k/a Branch Banking and Trust Company) ("Defendant") shall move before the Honorable Renee Marie Bumb, U.S.D.J., at the Federal District Court for the District of New Jersey located at the Mitchell H. Cohen Building & U.S. Courthouse, 4th and Cooper Streets, Camden, NJ 08101 on a Motion to Dismiss Plaintiff's Complaint with Prejudice.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Defendant shall rely on the attached Memorandum of Law and Certification of Diane A. Bettino, Esq., with exhibits submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order granting Defendant's Motion to Dismiss Plaintiff's Complaint is enclosed herewith.

**PLEASE TAKE FURTHER NOTICE** that Defendant requests oral argument in the event opposition is filed.

                                                 **REED SMITH LLP**

                                                 */s/ Diane A. Bettino*
                                                 Diane A. Bettino, Esquire
                                                 David G. Murphy, Esq.

                                                 *Attorneys for Defendant*
                                                 *Truist Bank*

Dated:  July 13, 2020