# EXHIBIT 1

| | |
|---|---|
| **DEMBO & SALDUTTI** LLP<br>1300 Route 73, Suite 205<br>Mount Laurel, New Jersey 08054<br>(856) 354-8866<br>ATTORNEYS FOR PLAINTIFF | FILED<br>FE 17 2012<br>Eugene J. McCaffrey, Jr., J.S.C<br><br>For the reasons stated on the<br>record on 2/17/2012 |

| | |
|---|---|
| SUSQUEHANNA BANK,<br><br>  Plaintiff,<br><br>v.<br><br>JOHN GERICKE and<br>BARBARA GERICKE,<br><br>  Defendants. | SUPERIOR COURT OF NEW JERSEY<br>GLOUCESTER COUNTY<br>LAW DIVISION<br><br>Docket No.: L-001618-11<br><br>*Civil Action*<br><br>**ORDER** |

**THIS MATTER** having been opened to the Court by Dembo and Saldutti, LLP, attorneys for Plaintiff, Susquehanna Bank, on a motion for Final Judgment by Default against the Defendants, John Gericke and Barbara Gericke, and the Court having considered the motion papers, any opposition, and arguments of counsel, if any, and for good cause, it is hereby,

**ORDERED** this 17th day of February, 2012 that Plaintiff's action against Defendants, John Gericke and Barbara Gericke, is hereby REINSTATED; and

**ORDERED** that Plaintiff's Motion for Final Judgment by Default against the Defendants, John Gericke and Barbara Gericke, is **GRANTED** in the amount of $244,248.49, which includes the attorneys' fees and costs incurred to date, plus interest, penalties, attorneys' fees and costs, which continue to accrue; and it is

**FURTHER ORDERED** that counsel for Plaintiff shall serve a copy of this Final Judgment by Default on all parties within seven (7) days of receipt of this Final Judgment by counsel.

Eugene J. McCaffrey, Jr., PJSCv.