# EXHIBIT 2

**DEMBO & SALDUTTI LLP**
By: Brian J. Schaffer, Esq.
1300 Route 73, Suite 205
Mount Laurel, New Jersey 08054
(856) 354-8866
ATTORNEYS FOR PLAINTIFF

| | |
|---|---|
| SUSQUEHANNA BANK, <br><br> Plaintiff, <br><br> v. <br><br> JOHN GERICKE and BARBARA GERICKE, jointly, severally, and in the alternative, <br><br> Defendant. | SUPERIOR COURT OF NEW JERSEY <br> GLOUCESTER COUNTY <br> LAW DIVISION <br><br> Docket No. L-001618-11 <br><br> *Civil Action* <br><br> **WRIT OF EXECUTION** <br><br> MAR 1 2 2012 |

THE STATE OF NEW JERSEY

TO THE SHERIFF OF THE COUNTY OF GLOUCESTER

WHEREAS, on February 17, 2012, judgment was recovered by Plaintiff, Susquehanna Bank, in an action in the Superior Court of New Jersey, Gloucester County, Law Division, against Defendants, John Gericke and Barbara Gericke, for damages in the amount of $244,248.49; and

THEREFORE, WE COMMAND YOU, that you satisfy the said judgment out of the personal property of said Judgment debtor within your County; and if sufficient personal property cannot be found then out of the real property in your County belonging to the judgment debtor(s) at the time when the judgment was entered or docketed in the Office of the Clerk of this Court, or at any time thereafter, in whosesoever hands the same may be; and you pay the monies realized by you from such property to Dembo & Saldutti LLP, Brian J. Schaffer, Esquire, attorney for Plaintiff; and that within twenty-four (24) months after the date of its issuance you return this execution and your proceedings thereon to the Clerk of the

Superior Court of New Jersey at Trenton.

WE FURTHER COMMAND YOU, that in case of a sale, you make return of this Writ with your proceedings thereon before this Court and pay to the Clerk thereof any surplus in your hands within thirty days after the sale.

WITNESS, the Honorable Eugene J. McCaffrey, Jr., P.J.Cv. a Judge of the Superior Court, Camden County this 12th day of March, 2012.

_____, CLERK

ENDORSEMENT

| | |
|---|---|
| Judgment Amount*: | $ 244,248.49 |
| Additional Costs: | $ |
| Interest thereon | $ 350.36 |
| Credits: | $ |
| Sheriff's Fees | $ |
| Sheriff's Commissions. | $ |
| TOTAL | $ |

* "Judgment Amount" includes amount of verdict or settlement, plus pre-judgment court costs, plus any applicable statutory attorney's fee.

Post-judgment interest applied pursuant to Rule 4:42-11 must be calculated as **simple interest**. As required by Rule 4:59-1, explain in detail the method by which interest has been calculated, taking into account all partial payments made by the defendant.

2/17/12 to 3/9/12 @ 2.5% = $350.36

_____
Brian J. Schaffer, Esquire
Attorney for Plaintiff

Dated: 3/9/12

2