# EXHIBIT 3

**JUDGMENT SEARCH**

Need Step-By-Step Help?    Judgment Public Search Demo Videos    Contact Us

## Judgment Search Result Details

**Note: If you have pop-up blocker installed, you must disable it to view party details**

Search for a Judgment by selecting one of the following tabs below.

| Name | **Judgment #** | Docket # |

**Judgment Number:** J 062680 12- SUSQUEHANNA BANK VS GERICKE    **Related Judgment(s)** J 030429 01 ▼ Continue
**Docket Number:** L 001618 11    **Venue-Id:** GLO    **Filing Location:** GLOUCESTER    **Court:** LCV    **Judgment Status:** Open
**Status Date:** 03/20/2012    **Judgment Amount:** $244248.49    **Court Costs:** $0.00    **Interest:** $0.00    **Attorney Fee:** $0.00
**Other Amount:** $0.00    **Processing Location:** GLOUCESTER    **Judgment Enter Date:** 03/20/2012    **Time:** 11:29AM    **Judgment Filing Date:** 02/17/2012

### Party/Debt Summary

**Debt ID:** 1    **Debt Status:** Open    **Debt Amount:** $244248.49    **Attorney Fee:** $0.00    **Cost:** $0.00    **Interest:** $0.00    **Other Amount:** $0.00    **Debt Enter Date:** 03/20/2012

| Name(Last, First MI, Suffix) | Role | Alternate Names | Party Debt Status | Status Date |
|---|---|---|---|---|
| GERICKE, BARBARA | DEBTOR | | Open | 03/20/2012 |
| GERICKE, JOHN | DEBTOR | | Open | 03/20/2012 |
| SUSQUEHANNA BANK | CREDITOR | SUSQUEHANNA BANK DV | Open | 03/20/2012 |

### Document Summary

1.

| Document Type | Document File Date | Document Status |
|---|---|---|
| RLEASE PROPERTY | 09/28/2016 | |

| Party Name (Party Doc Role) |
|---|
| SUSQUEHANNA BANK , (P) |
| GERICKE JOHN , (T) |
| GERICKE BARBARA , (T) |

Print    Search Again    Back

Screen Id 123456    © Copyright NJ Judiciary 2018

BUILD:2018.02.3.00.050