# EXHIBIT 4



*(page published 6/5/2020)*

Other sources for obtaining information on mergers can be found at:
https://www.ffiec.gov/nicpubweb/nicweb/nichome.aspx
https://www5.fdic.gov/idasp/advSearchLanding.asp
https://www.njbankers.com/

**Questions regarding:**
-*National* banks should be directed to the Comptroller of the Currency at 800-613-6743
-*Federal* savings banks should be directed to the Office of Thrift Supervision at 800-842-6929
-Mergers of *state chartered banks* can be e-mailed to: bankmergers@dobi.nj.us
*(Please indicate in the subject line which bank you are interested in)*

## New Jersey Bank Mergers
as of 6/5/2020

Order List by:  Bank Acquired, Date Completed                    download list as spreadsheet

| Bank Being Acquired | City | Acquiring Bank | City | Date Completed | Name of Surviving Bank |
|---|---|---|---|---|---|
| Wilmington Trust Fiduciary Services Company | *Princeton, NJ* | Wilmington Trust, National Association | *Wilmington, DE* | 9/1/2016 | Wilmington Trust, National Association |
| 1st Southern State Bank | *Avalon* | Covenant Bank | *Haddonfield* | 9/25/1996 | Covenant Bank |
| 3RD FED Bank | *Newtown, PA* | National Penn Bank | *Allentown, PA* | 10/17/2014 | National Penn Bank |
| ACB Bank, NJ | *Carlstadt* | Atlantic Central Bankers Bank | *Camp Hill, PA* | 7/31/2003 | Atlantic Central Bankers Bank |
| Advantage Bank | *Branchburg* | Sun National Bank | *Vineland* | 1/19/2006 | Sun National Bank |
| Allaire Community Bank | *Wall Township* | Monmouth Community Bank, National Association | *Long Branch* | 8/19/2005 | Central Jersey Bank, N.A. |
| Allegiance Community Bank | *South Orange, NJ* | BCB Community Bank | *Bayonne, NJ* | 10/14/2011 | BCB Community Bank |
| Amboy National Bank | *Old Bridge* | *Conversion to a New Jersey state charter | *Old Bridge* | 2/19/2008 | Amboy Bank |
| American Bank of New Jersey | *Bloomfield* | Investors Savings Bank | *Short Hills* | 5/31/2009 | Investors Savings Bank |
| American Savings Bank of NJ | *Bloomfield* | * Name change | *Bloomfield* | 4/1/2005 | American Bank of New Jersey |
| American Union Bank | *Union* | Valley National Bank | *Passaic* | 2/28/1995 | Valley National Bank |
| Atlantic Stewardship Bank | *Midland Park, NJ* | Columbia Bank | *Fair Lawn, NJ* | 11/1/2019 | Columbia Bank |
| Audubon Savings Bank | *Audubon, NJ* | Audubon Savings Bank, SLA | *Audubon, NJ* | 7/1/2018 | Audubon Savings Bank, SLA |
| Audubon Savings Bank, SLA | *Audubon, NJ* | William Penn Bank | *Levittown, PA* | 7/1/2018 | William Penn Bank |
| Banco Popular, National Association (New Jersey) | *Newark* | Banco Popular North America | *New York,NY* | 1/2/1999 | Banco Popular North America |
| Bank of Mid Jersey | *Bordentown* | Summit Bank | *Hackensack* | 6/6/1997 | Summit Bank |
| Bank of New Jersey | *Fort Lee, NJ* | ConnectOne Bank | *Englewood Cliffs, NJ* | 1/2/2020 | ConnectOne Bank |

| | | | | | |
|---|---|---|---|---|---|
| Bank | | | | | Bank |
| Sun National Bank | *Mount Laurel, NJ* | OceanFirst Bank, National Association | *Toms River, NJ* | 1/31/2018 | OceanFirst Bank, National Association |
| Susquehanna Bank | *Lititz, PA* | Branch Banking and Trust Company | *Winston-Salem, NC* | 8/1/2015 | Branch Banking and Trust Company |
| Susquehanna Bank, DV | *Bryn Mawr, Pa* | Susquehanna Bank, PA | *Lititz, PA* | 10/10/2008 | Susquehanna Bank |
| Susquehanna Patriot Bank | *Marlton* | *Conversion to a Pennylvania state charter | *Bryn Mawr, PA* | 8/15/2007 | Susquehanna Bank, DV |
| Sussex Bank | *Franklin, NJ* | *Name Change | | 4/25/2018 | SB One Bank |
| Sussex Interim Bank | *Westfall Twp., PA* | Sussex Bank | *Franklin* | 4/3/2007 | Sussex Bank |
| Synergy Bank | *Cranford* | New York Community Bank | *Westbury, NY* | 10/1/2007 | New York Community Bank |
| Team Capital Bank | *Bethlehem, PA* | The Provident Bank | *Jersey City, NJ* | 5/30/2014 | The Provident Bank |
| The Bank | *Mount Laurel, NJ* | *Name Change | | 10/22/2011 | Fulton Bank of New Jersey |
| The Community Bank of New Jersey | *Freehold* | Sun National Bank | *Vineland* | 7/8/2004 | Sun National Bank |
| The Town Bank | *Westfield* | Two River Community Bank | *Middletown* | 12/31/2008 | Two River Community Bank |
| Third Federal Bank | *Newtown, PA* | *Name Change | | 1/30/2012 | 3rd FED BANK |
| Tinton Falls State Bank | *Tinton Falls* | Commerce Bank/Shore National Association | *Forked River* | 1/15/1999 | Commerce Bank/Shore National Association |
| Towncenter Bank, a division of Provident Bank, New York | *Montebello, NY* | *Name Change | | 8/22/2011 | PBNY Bank, a division of Provident Bank, New York |
| Towne Center Bank | *Lodi* | Provident Bank | *Montebello, NY* | 10/1/2004 | Townecenter Bank,division of Provident Bank, NY |
| Trenton Savings Bank, FSB | *Trenton* | Sovereign Bank | *Reading, PA* | 6/30/1999 | Sovereign Bank |
| Trust Company of New Jersey | *Jersey City* | North Fork Bank | *New York,NY* | 5/14/2004 | North Fork Bank |
| Twin Rivers Community Bank | *Easton, PA* | Phillipsburg National Bank | *Phillipsburg* | 8/21/2000 | Vista Bank, National Association |
| Two River Community Bank | *Tinton Falls, NJ* | OceanFirst Bank N.A. | *Toms River, NJ* | 1/1/2020 | OceanFirst Bank N.A. |
| U.S. Trust Company of New Jersey | *Princeton* | United States Trust Company of New York | *New York,NY* | 2/28/2002 | United State Trust Company of New York |
| Union Center National Bank | *Union, NJ* | ConnectOne Bank | *Englewood Cliffs, NJ* | 7/1/2014 | ConnectOne Bank |
| United Counties Trust Company | *Cranford* | Meridian Bank, New Jersey | *Cherry Hill* | 2/23/1996 | Meridian Bank, New Jersey |
| United Heritage Bank | *Edsion* | Cathay Bank | *Los Angeles, CA* | 3/30/2007 | Cathay Bank |
| United Jersey Bank | *Hackensack* | *Name change | *Hackensack* | 7/12/1996 | Summit Bank |