# EXHIBIT 6

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN GERICKE, Individually and on behalf of All Individuals similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>TRUIST D/B/A OR F/K/A BRANCH BANKING AND TRUST COMPANY and JOHN DOES 1-10,<br><br>    Defendants. | Civil Action No. 1:20-cv-03053<br><br>**DEFENDANT TRUIST BANK'S FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT** |

  Pursuant to Federal Rule of Civil Procedure 7.1, and to enable Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record hereby certifies that:

  1. Truist Bank was formed on December 7, 2019 by the merger of SunTrust Bank into Branch Banking and Trust Company and Branch Banking and Trust Company's subsequent name-change to Truist Bank.

  2. Truist Bank is a wholly-owned subsidiary of Truist Financial Corporation.

  3. Truist Financial Corporation was formed by the merger of SunTrust Banks, Inc. into BB&T Corporation on December 6, 2019, the merger of SunTrust Bank Holding Company (a Florida Corporation) into BB&T Corporation on December 7, 2019, and BB&T Corporation's subsequent name-change to Truist Financial Corporation (also on December 7, 2019).

  4. The stock of BB&T Corporation formerly traded publicly under the symbol "BBT" and the stock of SunTrust Banks, Inc. formerly traded publicly under the symbol "STI". SunTrust Bank Holding Company was not publicly traded.

5.     The stock of Truist Financial Corporation is publicly traded under the symbol "TFC".

6.     Based on currently-available information, no publicly-traded corporation owns more than 10% of the stock of Truist Financial Corporation.

                                              **REED SMITH LLP**

Dated:  March 19, 2020               By: */s/ Diane A. Bettino*
                                                   Diane A. Bettino

                                              506 Carnegie Center, Suite 300
                                              Princeton, NJ 08540
                                              Telephone: 609-987-0050
                                              Facsimile: 609-951-0824
                                              dbettino@reedsmith.com
                                              *Attorneys for Defendant, Truist Bank*