## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN GERICKE, Individually and on behalf of All Individuals similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRUIST D/B/A OR F/K/A BRANCH BANKING AND TRUST COMPANY and JOHN DOES 1-10,<br><br>Defendants. | Civil Action No. 1:20-cv-03053<br><br>*Motion Returnable: August 17, 2020*<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE** |

**THIS MATTER** having been opened to the Court by Reed Smith LLP, attorneys Defendant Truist Bank (improperly named Truist d/b/a or f/k/a Branch Banking and Trust Company) ("Defendant"), on a Motion to Dismiss Plaintiff's Complaint; and the Court having reviewed the moving and responding papers and the arguments of counsel; and for good cause shown;

**IT IS THIS** _____ **DAY OF** _____ **2020, ORDERED**

1. Defendant's Motion to Dismiss Plaintiff's Complaint is hereby **GRANTED**; and

2. Plaintiff's Complaint against Defendant is hereby **DISMISSED WITH PREJUDICE**; and

3. Counsel for Defendant shall serve a copy of this order upon all parties within 7 days of its receipt hereof.

_____
HON. RENEE MARIE BUMB, U.S.D.J.