**REED SMITH LLP**
*Formed in the State of Delaware*
Diane A. Bettino, Esq.
David G. Murphy, Esq.
506 Carnegie Center – Suite 300
Princeton, New Jersey 08540
Tel. (609) 514-5947
Fax (609) 951-0824

*Attorneys for Defendant Truist Bank*
*(improperly named Truist d/b/a or f/k/a Branch Banking and Trust Company)*

### UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN GERICKE, Individually and on behalf of All Individuals similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRUIST D/B/A OR F/K/A BRANCH BANKING AND TRUST COMPANY and JOHN DOES 1-10,<br><br>Defendants. | Civil Action No. 1:20-cv-03053<br><br>*Motion Returnable: August 17, 2020*<br><br><br>**CERTIFICATION OF SERVICE** |

I hereby certify that on this date, as counsel for Defendant Truist Bank (improperly named Truist d/b/a or f/k/a Branch Banking and Trust Company) ("Defendant"), I caused to be filed, via electronic filing, the following documents with the United States District Court for the District of New Jersey:

    1.    Notice of Motion to Dismiss Complaint with prejudice;

2. Memorandum of Law in Support of Defendant Truist Bank's Motion to Dismiss;

3. Certification of Diane A. Bettino, Esq. in Support of Motion to Dismiss, with exhibits;

4. Proposed Order Granting Defendant's Motion to Dismiss Plaintiff's Complaint with Prejudice; and

5. This Certification of Service.

I hereby certify that on this date, I caused copies of the foregoing documents to be served via electronic filing and email upon:

> Lewis G. Adler, Esq.
> 26 Newton Avenue
> Woodbury, NJ 08096
> *Attorneys for Plaintiff*

> Lee M. Perlman, Esq.
> Perlman Depetris Consumer Law
> 1926 Greentree Road, Suite 100
> Cherry Hill, NJ 08003
> *Attorneys for Plaintiff*

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

**REED SMITH LLP**

*/s/ Diane A. Bettino*
Diane A. Bettino, Esq.

Dated: July 13, 2020