**REED SMITH LLP**
*Formed in the State of Delaware*
Diane A. Bettino, Esq.
David G. Murphy, Esq.
506 Carnegie Center – Suite 300
Princeton, New Jersey 08540
Tel. (609) 514-5947
Fax (609) 951-0824

*Attorneys for Defendant Truist Bank*
*(improperly named Truist d/b/a or f/k/a Branch Banking and Trust Company)*

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN GERICKE, Individually and on behalf of All Individuals similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRUIST D/B/A OR F/K/A BRANCH BANKING AND TRUST COMPANY and JOHN DOES 1-10,<br><br>Defendants. | Civil Action No. 1:20-cv-03053<br><br>*Motion Returnable: March 17, 2021*<br><br><br>**SUPPLEMENTAL CERTIFICATION OF DIANE A. BETTINO, ESQ. IN SUPPORT OF MOTION TO DISMISS** |

I, Diane A. Bettino, Esq., do hereby certify as follows:

1.     I am an attorney-at-law in the State of New Jersey and a partner with

the law firm of Reed Smith LLP, counsel to Defendant Truist Bank (improperly

named Truist d/b/a or f/k/a Branch Banking and Trust Company) ("Truist Bank")

in the above-captioned action.  As such, I am fully familiar with the facts set forth

herein.

2.     I make this Supplemental Certification in further support of Truist

Bank's Motion to Dismiss Plaintiff John Gericke's ("Plaintiff") putative class

action complaint with prejudice, and in response to the Court's February 23, 2021

Order requesting supplemental briefing.

3.     Copies of the Internal Revenue Service's Form 1099-C for 2018,

2019, 2020, and 2021 are attached hereto as **Exhibit 21**.

4.     A copy of the Court's unpublished opinion in *Dimas v. JPMorgan*

*Chase Bank, N.A.*, No. 17-CV-05205-LHK, 2018 WL 809508 (N.D. Cal. Feb. 9,

2018), is attached hereto as **Exhibit 22**.

I certify under penalty of perjury that the foregoing statements made by me

are true.  I am aware that if any of the foregoing statements made by me are

willfully false, I am subject to punishment.

**REED SMITH LLP**

*/s/ Diane A. Bettino*
Diane A. Bettino, Esquire

Dated:  March 12, 2021