# EXHIBIT 21

# Attention:

Copy A of this form is provided for informational purposes only. Copy A appears in red, similar to the official IRS form. The official printed version of Copy A of this IRS form is scannable, but the online version of it, printed from this website, is not. Do **not** print and file copy A downloaded from this website; a penalty may be imposed for filing with the IRS information return forms that can't be scanned. See part O in the current General Instructions for Certain Information Returns, available at www.irs.gov/form1099, for more information about penalties.

Please note that Copy B and other copies of this form, which appear in black, may be downloaded and printed and used to satisfy the requirement to provide the information to the recipient.

To order official IRS information returns, which include a scannable Copy A for filing with the IRS and all other applicable copies of the form, visit www.IRS.gov/orderforms. Click on Employer and Information Returns, and we'll mail you the forms you request and their instructions, as well as any publications you may order.

Information returns may also be filed electronically using the IRS Filing Information Returns Electronically (FIRE) system (visit www.IRS.gov/FIRE) or the IRS Affordable Care Act Information Returns (AIR) program (visit www.IRS.gov/AIR).

See IRS Publications 1141, 1167, and 1179 for more information about printing these tax forms.

8585

☐ VOID   ☐ CORRECTED

| CREDITOR'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | **1** Date of identifiable event | OMB No. 1545-1424 | **Cancellation of Debt** |
|---|---|---|---|
| | **2** Amount of debt discharged $ | 20**18** | |
| | **3** Interest if included in box 2 $ | Form **1099-C** | |

| CREDITOR'S TIN | DEBTOR'S TIN | **4** Debt description | Copy A |
|---|---|---|---|
| DEBTOR'S name | | | For Internal Revenue Service Center |
| Street address (including apt. no.) | | **5** Check here if the debtor was personally liable for repayment of the debt . . . . . . . . ▶ ☐ | **File with Form 1096.** For Privacy Act and Paperwork Reduction Act Notice, see the **2018 General Instructions for Certain Information Returns.** |
| City or town, state or province, country, and ZIP or foreign postal code | | | |
| Account number (see instructions) | | **6** Identifiable event code | **7** Fair market value of property $ | |

Form **1099-C**          Cat. No. 26280W          www.irs.gov/Form1099C          Department of the Treasury - Internal Revenue Service

**Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page**

☐ CORRECTED (if checked)

| CREDITOR'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | **1** Date of identifiable event | OMB No. 1545-1424 | **Cancellation of Debt** |
|---|---|---|---|
| | **2** Amount of debt discharged $ | 20**18** | |
| | **3** Interest if included in box 2 $ | Form **1099-C** | |

| CREDITOR'S TIN | DEBTOR'S TIN | **4** Debt description | **Copy B** **For Debtor** |
|---|---|---|---|
| DEBTOR'S name | | | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
| Street address (including apt. no.) | | **5** If checked, the debtor was personally liable for repayment of the debt . . . . . . . ▶ ☐ | |
| City or town, state or province, country, and ZIP or foreign postal code | | | |
| Account number (see instructions) | | **6** Identifiable event code | **7** Fair market value of property $ |

Form **1099-C**    (keep for your records)    www.irs.gov/Form1099C    Department of the Treasury - Internal Revenue Service

## Instructions for Debtor

You received this form because a Federal Government agency or an applicable financial entity (a creditor) has discharged (canceled or forgiven) a debt you owed, or because an identifiable event has occurred that either is or is deemed to be a discharge of a debt of $600 or more. If a creditor has discharged a debt you owed, you are required to include the discharged amount in your income, even if it is less than $600, on the "Other income" line of your Form 1040. However, you may not have to include all of the canceled debt in your income. There are exceptions and exclusions, such as bankruptcy and insolvency. See Pub. 4681, available at IRS.gov, for more details. If an identifiable event has occurred but the debt has not actually been discharged, then include any discharged debt in your income in the year that it is actually discharged, unless an exception or exclusion applies to you in that year.

**Debtor's taxpayer identification number (TIN)**. For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the creditor has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the creditor assigned to distinguish your account.

**Box 1.** Shows the date the earliest identifiable event occurred or, at the creditor's discretion, the date of an actual discharge that occurred before an identifiable event. See the code in box 6.

**Box 2.** Shows the amount of debt either actually or deemed discharged. **Note:** If you don't agree with the amount, contact your creditor.

**Box 3.** Shows interest if included in the debt reported in box 2. See Pub. 4681 to see if you must include the interest in gross income.

**Box 4.** Shows a description of the debt. If box 7 is completed, box 4 also shows a description of the property.

**Box 5.** Shows whether you were personally liable for repayment of the debt when the debt was created or, if modified, at the time of the last modification. See Pub. 4681 for reporting instructions.

**Box 6.** Shows the reason your creditor has filed this form. The codes in this box are described in more detail in Pub. 4681. A—Bankruptcy; B—Other judicial debt relief; C—Statute of limitations or expiration of deficiency period; D—Foreclosure election; E—Debt relief from probate or similar proceeding; F—By agreement; G—Decision or policy to discontinue collection; or H—Other actual discharge before identifiable event.

**Box 7.** If, in the same calendar year, a foreclosure or abandonment of property occurred in connection with the cancellation of the debt, the fair market value (FMV) of the property will be shown, or you will receive a separate Form 1099-A. Generally, the gross foreclosure bid price is considered to be the FMV. For an abandonment or voluntary conveyance in lieu of foreclosure, the FMV is generally the appraised value of the property. You may have income or loss because of the acquisition or abandonment. See Pub. 4681 for information about foreclosures and abandonments. If the property was your main home, see Pub. 523 to figure any taxable gain or ordinary income.

**Future developments.** For the latest information about developments related to Form 1099-C and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/Form1099C*.

☐ VOID   ☐ CORRECTED

| CREDITOR'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | **1** Date of identifiable event | OMB No. 1545-1424 | **2018** | **Cancellation of Debt** |
|---|---|---|---|---|
| | **2** Amount of debt discharged <br> $ | | | |
| | **3** Interest if included in box 2 <br> $ | Form **1099-C** | | |

| CREDITOR'S TIN | DEBTOR'S TIN | **4** Debt description | **Copy C** <br> **For Creditor** |
|---|---|---|---|
| DEBTOR'S name | | | For Privacy Act and Paperwork Reduction Act Notice, see the **2018 General Instructions for Certain Information Returns.** |
| Street address (including apt. no.) | | **5** Check here if the debtor was personally liable for repayment of the debt   .   .   .   .   .   .   .   ▶ ☐ | |
| City or town, state or province, country, and ZIP or foreign postal code | | | |
| Account number (see instructions) | | **6** Identifiable event code | **7** Fair market value of property <br> $ |

Form **1099-C**   www.irs.gov/Form1099C   Department of the Treasury - Internal Revenue Service

## Instructions for Creditor

To complete Form 1099-C, use:

• the 2018 General Instructions for Certain Information Returns, and

• the 2018 Instructions for Forms 1099-A and 1099-C.

To order these instructions and additional forms, go to *www.irs.gov/Form1099C*.

**Caution:** Because paper forms are scanned during processing, you cannot file Forms 1096, 1097, 1098, 1099, 3921, 3922, or 5498 that you print from the IRS website.

**Due dates.** Furnish Copy B of this form to the debtor by January 31, 2019.

File Copy A of this form with the IRS by February 28, 2019. If you file electronically, the due date is April 1, 2019. To file electronically, you must have software that generates a file according to the specifications in Pub. 1220. The IRS does not provide a fill-in form option for Copy A.

**Need help?** If you have questions about reporting on Form 1099-C, call the information reporting customer service site toll free at 866-455-7438 or 304-263-8700 (not toll free). Persons with a hearing or speech disability with access to TTY/TDD equipment can call 304-579-4827 (not toll free).

# Attention:

Copy A of this form is provided for informational purposes only. Copy A appears in red, similar to the official IRS form. The official printed version of Copy A of this IRS form is scannable, but the online version of it, printed from this website, is not. Do **not** print and file copy A downloaded from this website; a penalty may be imposed for filing with the IRS information return forms that can't be scanned. See part O in the current General Instructions for Certain Information Returns, available at www.irs.gov/form1099, for more information about penalties.

Please note that Copy B and other copies of this form, which appear in black, may be downloaded and printed and used to satisfy the requirement to provide the information to the recipient.

To order official IRS information returns, which include a scannable Copy A for filing with the IRS and all other applicable copies of the form, visit www.IRS.gov/orderforms. Click on Employer and Information Returns, and we'll mail you the forms you request and their instructions, as well as any publications you may order.

Information returns may also be filed electronically using the IRS Filing Information Returns Electronically (FIRE) system (visit www.IRS.gov/FIRE) or the IRS Affordable Care Act Information Returns (AIR) program (visit www.IRS.gov/AIR).

See IRS Publications 1141, 1167, and 1179 for more information about printing these tax forms.

8585

☐ VOID ☐ CORRECTED

| CREDITOR'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | **1** Date of identifiable event | OMB No. 1545-1424 | **Cancellation of Debt** |
|---|---|---|---|
| | **2** Amount of debt discharged<br>$ | 20**19** | |
| | **3** Interest if included in box 2<br>$ | Form **1099-C** | |

| CREDITOR'S TIN | DEBTOR'S TIN | **4** Debt description | **Copy A** |
|---|---|---|---|
| DEBTOR'S name | | | **For Internal Revenue Service Center** |
| Street address (including apt. no.) | | **5** Check here if the debtor was personally liable for repayment of the debt . . . . . . . . ▶ ☐ | **File with Form 1096.** For Privacy Act and Paperwork Reduction Act Notice, see the **2019 General Instructions for Certain Information Returns.** |
| City or town, state or province, country, and ZIP or foreign postal code | | | |
| Account number (see instructions) | | **6** Identifiable event code | **7** Fair market value of property<br>$ |

Form **1099-C**             Cat. No. 26280W             www.irs.gov/Form1099C             Department of the Treasury - Internal Revenue Service

**Do  Not  Cut  or  Separate  Forms  on  This  Page  —  Do  Not  Cut  or  Separate  Forms  on  This  Page**

☐ CORRECTED (if checked)

| CREDITOR'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | **1** Date of identifiable event | OMB No. 1545-1424 | **Cancellation of Debt** |
|---|---|---|---|
| | **2** Amount of debt discharged<br>$ | 20**19** | |
| | **3** Interest if included in box 2<br>$ | Form **1099-C** | |

| CREDITOR'S TIN | DEBTOR'S TIN | **4** Debt description | **Copy B**<br>**For Debtor** |
|---|---|---|---|
| DEBTOR'S name | | | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
| Street address (including apt. no.) | | **5** If checked, the debtor was personally liable for repayment of the debt  .    .    .    .    .    .    .   ▶ ☐ | |
| City or town, state or province, country, and ZIP or foreign postal code | | | |
| Account number (see instructions) | | **6** Identifiable event code | **7** Fair market value of property<br>$ |

Form **1099-C**          (keep for your records)          www.irs.gov/Form1099C          Department of the Treasury - Internal Revenue Service

## Instructions for Debtor

You received this form because a Federal Government agency or an applicable financial entity (a creditor) has discharged (canceled or forgiven) a debt you owed, or because an identifiable event has occurred that either is or is deemed to be a discharge of a debt of $600 or more. If a creditor has discharged a debt you owed, you are required to include the discharged amount in your income, even if it is less than $600, on the "Other income" line of your Form 1040. However, you may not have to include all of the canceled debt in your income. There are exceptions and exclusions, such as bankruptcy and insolvency. See Pub. 4681, available at IRS.gov, for more details. If an identifiable event has occurred but the debt has not actually been discharged, then include any discharged debt in your income in the year that it is actually discharged, unless an exception or exclusion applies to you in that year.

**Debtor's taxpayer identification number (TIN)**. For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the creditor has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the creditor assigned to distinguish your account.

**Box 1.** Shows the date the earliest identifiable event occurred or, at the creditor's discretion, the date of an actual discharge that occurred before an identifiable event. See the code in box 6.

**Box 2.** Shows the amount of debt either actually or deemed discharged. **Note:** If you don't agree with the amount, contact your creditor.

**Box 3.** Shows interest if included in the debt reported in box 2. See Pub. 4681 to see if you must include the interest in gross income.

**Box 4.** Shows a description of the debt. If box 7 is completed, box 4 also shows a description of the property.

**Box 5.** Shows whether you were personally liable for repayment of the debt when the debt was created or, if modified, at the time of the last modification. See Pub. 4681 for reporting instructions.

**Box 6.** Shows the reason your creditor has filed this form. The codes in this box are described in more detail in Pub. 4681. A—Bankruptcy; B—Other judicial debt relief; C—Statute of limitations or expiration of deficiency period; D—Foreclosure election; E—Debt relief from probate or similar proceeding; F—By agreement; G—Decision or policy to discontinue collection; or H—Other actual discharge before identifiable event.

**Box 7.** If, in the same calendar year, a foreclosure or abandonment of property occurred in connection with the cancellation of the debt, the fair market value (FMV) of the property will be shown, or you will receive a separate Form 1099-A. Generally, the gross foreclosure bid price is considered to be the FMV. For an abandonment or voluntary conveyance in lieu of foreclosure, the FMV is generally the appraised value of the property. You may have income or loss because of the acquisition or abandonment. See Pub. 4681 for information about foreclosures and abandonments. If the property was your main home, see Pub. 523 to figure any taxable gain or ordinary income.

**Future developments.** For the latest information about developments related to Form 1099-C and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/Form1099C*.

☐ VOID   ☐ CORRECTED

| CREDITOR'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | **1** Date of identifiable event | OMB No. 1545-1424 | **Cancellation of Debt** |
|---|---|---|---|
| | **2** Amount of debt discharged<br>$ | 20**19** | |
| | **3** Interest if included in box 2<br>$ | Form **1099-C** | |

| CREDITOR'S TIN | DEBTOR'S TIN | **4** Debt description | **Copy C**<br>**For Creditor** |
|---|---|---|---|
| DEBTOR'S name | | | For Privacy Act and Paperwork Reduction Act Notice, see the **2019 General Instructions for Certain Information Returns.** |
| Street address (including apt. no.) | | **5** Check here if the debtor was personally liable for repayment of the debt   .   .   .   .   .   .   .   ▶ ☐ | |
| City or town, state or province, country, and ZIP or foreign postal code | | | |
| Account number (see instructions) | | **6** Identifiable event code | **7** Fair market value of property<br>$ |

Form **1099-C**                    www.irs.gov/Form1099C                    Department of the Treasury - Internal Revenue Service

## Instructions for Creditor

To complete Form 1099-C, use:

• The 2019 General Instructions for Certain Information Returns, and

• The 2019 Instructions for Forms 1099-A and 1099-C.

To order these instructions and additional forms, go to *www.irs.gov/Form1099C.*

**Caution:** Because paper forms are scanned during processing, you cannot file Forms 1096, 1097, 1098, 1099, 3921, or 5498 that you print from the IRS website.

**Due dates.** Furnish Copy B of this form to the debtor by January 31, 2020.

File Copy A of this form with the IRS by February 28, 2020. If you file electronically, the due date is March 31, 2020. To file electronically, you must have software that generates a file according to the specifications in Pub. 1220. The IRS does not provide a fill-in form option for Copy A.

**Need help?** If you have questions about reporting on Form 1099-C, call the information reporting customer service site toll free at 866-455-7438 or 304-263-8700 (not toll free). Persons with a hearing or speech disability with access to TTY/TDD equipment can call 304-579-4827 (not toll free).

8585

☐ VOID   ☐ CORRECTED

| CREDITOR'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | **1** Date of identifiable event | OMB No. 1545-1424 | **Cancellation of Debt** |
| | **2** Amount of debt discharged<br>$ | 2020 | |
| | **3** Interest, if included in box 2<br>$ | Form **1099-C** | |

| CREDITOR'S TIN | DEBTOR'S TIN | **4** Debt description | Copy A |
| DEBTOR'S name | | | **For Internal Revenue Service Center** |
| Street address (including apt. no.) | **5** Check here if the debtor was personally liable for repayment of the debt . . . . . . . ▶ ☐ | **File with Form 1096.** |
| City or town, state or province, country, and ZIP or foreign postal code | | For Privacy Act and Paperwork Reduction Act Notice, see the **2020 General Instructions for Certain Information Returns.** |
| Account number (see instructions) | **6** Identifiable event code | **7** Fair market value of property<br>$ | |

Form **1099-C**        Cat. No. 26280W        www.irs.gov/Form1099C        Department of the Treasury - Internal Revenue Service

**Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page**

☐ CORRECTED (if checked)

| CREDITOR'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | **1** Date of identifiable event | OMB No. 1545-1424 | **Cancellation of Debt** |
|---|---|---|---|
| | **2** Amount of debt discharged<br>$ | 20**20** | |
| | **3** Interest, if included in box 2<br>$ | Form **1099-C** | |

| CREDITOR'S TIN | DEBTOR'S TIN | **4** Debt description | **Copy B**<br>**For Debtor** |
|---|---|---|---|
| DEBTOR'S name | | | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
| Street address (including apt. no.) | | **5** If checked, the debtor was personally liable for repayment of the debt . . . . . . . ▶ ☐ | |
| City or town, state or province, country, and ZIP or foreign postal code | | | |
| Account number (see instructions) | | **6** Identifiable event code | **7** Fair market value of property<br>$ |

Form **1099-C**          (keep for your records)          www.irs.gov/Form1099C          Department of the Treasury - Internal Revenue Service

## Instructions for Debtor

You received this form because a federal government agency or an applicable financial entity (a creditor) has discharged (canceled or forgiven) a debt you owed, or because an identifiable event has occurred that either is or is deemed to be a discharge of a debt of $600 or more. If a creditor has discharged a debt you owed, you are required to include the discharged amount in your income, even if it is less than $600, on the "Other income" line of your Form 1040 or 1040-SR. However, you may not have to include all of the canceled debt in your income. There are exceptions and exclusions, such as bankruptcy and insolvency. See Pub. 4681, available at IRS.gov, for more details. If an identifiable event has occurred but the debt has not actually been discharged, then include any discharged debt in your income in the year that it is actually discharged, unless an exception or exclusion applies to you in that year.

**Debtor's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the creditor has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the creditor assigned to distinguish your account.

**Box 1.** Shows the date the earliest identifiable event occurred or, at the creditor's discretion, the date of an actual discharge that occurred before an identifiable event. See the code in box 6.

**Box 2.** Shows the amount of debt either actually or deemed discharged. **Note:** If you don't agree with the amount, contact your creditor.

**Box 3.** Shows interest if included in the debt reported in box 2. See Pub. 4681 to see if you must include the interest in gross income.

**Box 4.** Shows a description of the debt. If box 7 is completed, box 4 also shows a description of the property.

**Box 5.** Shows whether you were personally liable for repayment of the debt when the debt was created or, if modified, at the time of the last modification. See Pub. 4681 for reporting instructions.

**Box 6.** Shows the reason your creditor has filed this form. The codes in this box are described in more detail in Pub. 4681. A—Bankruptcy; B—Other judicial debt relief; C—Statute of limitations or expiration of deficiency period; D—Foreclosure election; E—Debt relief from probate or similar proceeding; F—By agreement; G—Decision or policy to discontinue collection; or H—Other actual discharge before identifiable event.

**Box 7.** If, in the same calendar year, a foreclosure or abandonment of property occurred in connection with the cancellation of the debt, the fair market value (FMV) of the property will be shown, or you will receive a separate Form 1099-A. Generally, the gross foreclosure bid price is considered to be the FMV. For an abandonment or voluntary conveyance in lieu of foreclosure, the FMV generally is the appraised value of the property. You may have income or loss because of the acquisition or abandonment. See Pub. 4681 for information about foreclosures and abandonments. If the property was your main home, see Pub. 523 to figure any taxable gain or ordinary income.

**Future developments.** For the latest information about developments related to Form 1099-C and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/Form1099C*.

| | VOID | | CORRECTED | | |
|---|---|---|---|---|---|

| CREDITOR'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | **1** Date of identifiable event | OMB No. 1545-1424 | **Cancellation of Debt** |
|---|---|---|---|
| | **2** Amount of debt discharged<br>$ | 20**20** | |
| | **3** Interest, if included in box 2<br>$ | Form **1099-C** | |

| CREDITOR'S TIN | DEBTOR'S TIN | **4** Debt description | **Copy C**<br>**For Creditor** |
|---|---|---|---|
| DEBTOR'S name | | | For Privacy Act and Paperwork Reduction Act Notice, see the **2020 General Instructions for Certain Information Returns.** |
| Street address (including apt. no.) | | **5** Check here if the debtor was personally liable for repayment of the debt  .   .   .   .   .   .   .   ▶ ☐ | |
| City or town, state or province, country, and ZIP or foreign postal code | | | |
| Account number (see instructions) | | **6** Identifiable event code | **7** Fair market value of property<br>$ |

Form **1099-C**                www.irs.gov/Form1099C                Department of the Treasury - Internal Revenue Service

## Instructions for Creditor

To complete Form 1099-C, use:

• The 2020 General Instructions for Certain Information Returns, and

• The 2020 Instructions for Forms 1099-A and 1099-C.

   To order these instructions and additional forms, go to *www.irs.gov/Form1099C*.

**Caution:** Because paper forms are scanned during processing, you cannot file Forms 1096, 1097, 1098, 1099, 3921, or 5498 that you print from the IRS website.

**Due dates.** Furnish Copy B of this form to the debtor by February 1, 2021.

   File Copy A of this form with the IRS by March 1, 2021. If you file electronically, the due date is March 31, 2021. To file electronically, you must have software that generates a file according to the specifications in Pub. 1220. The IRS does not provide a fill-in form option for Copy A.

**Need help?** If you have questions about reporting on Form 1099-C, call the information reporting customer service site toll free at 866-455-7438 or 304-263-8700 (not toll free). Persons with a hearing or speech disability with access to TTY/TDD equipment can call 304-579-4827 (not toll free).

# Attention:

Copy A of this form is provided for informational purposes only. Copy A appears in red, similar to the official IRS form. The official printed version of Copy A of this IRS form is scannable, but the online version of it, printed from this website, is not. Do **not** print and file copy A downloaded from this website; a penalty may be imposed for filing with the IRS information return forms that can't be scanned. See part O in the current General Instructions for Certain Information Returns, available at www.irs.gov/form1099, for more information about penalties.

Please note that Copy B and other copies of this form, which appear in black, may be downloaded and printed and used to satisfy the requirement to provide the information to the recipient.

To order official IRS information returns, which include a scannable Copy A for filing with the IRS and all other applicable copies of the form, visit www.IRS.gov/orderforms. Click on Employer and Information Returns, and we'll mail you the forms you request and their instructions, as well as any publications you may order.

Information returns may also be filed electronically using the IRS Filing Information Returns Electronically (FIRE) system (visit www.IRS.gov/FIRE) or the IRS Affordable Care Act Information Returns (AIR) program (visit www.IRS.gov/AIR).

See IRS Publications 1141, 1167, and 1179 for more information about printing these tax forms.

8585

☐ VOID   ☐ CORRECTED

| CREDITOR'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | **1** Date of identifiable event | OMB No. 1545-1424 | **Cancellation of Debt** |
|---|---|---|---|
| | **2** Amount of debt discharged<br>$ | 20**21** | |
| | **3** Interest, if included in box 2<br>$ | Form **1099-C** | |

| CREDITOR'S TIN | DEBTOR'S TIN | **4** Debt description | **Copy A**<br>**For**<br>**Internal Revenue**<br>**Service Center** |
|---|---|---|---|
| DEBTOR'S name | | | **File with Form 1096.** |
| Street address (including apt. no.) | | **5** Check here if the debtor was personally liable for repayment of the debt . . . . . . . . ▶ ☐ | For Privacy Act and Paperwork Reduction Act Notice, see the |
| City or town, state or province, country, and ZIP or foreign postal code | | | **2021 General Instructions for Certain Information Returns.** |
| Account number (see instructions) | | **6** Identifiable event code | **7** Fair market value of property<br>$ |

Form **1099-C**          Cat. No. 26280W          www.irs.gov/Form1099C          Department of the Treasury - Internal Revenue Service

**Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page**

☐ CORRECTED (if checked)

| CREDITOR'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | **1** Date of identifiable event | OMB No. 1545-1424 | **Cancellation of Debt** |
|---|---|---|---|
| | **2** Amount of debt discharged <br> $ | 2021 | |
| | **3** Interest, if included in box 2 <br> $ | Form **1099-C** | |

| CREDITOR'S TIN | DEBTOR'S TIN | **4** Debt description | **Copy B** <br> **For Debtor** |
|---|---|---|---|
| DEBTOR'S name | | | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
| Street address (including apt. no.) | | **5** If checked, the debtor was personally liable for repayment of the debt . . . . . . . . ▶ ☐ | |
| City or town, state or province, country, and ZIP or foreign postal code | | | |
| Account number (see instructions) | | **6** Identifiable event code | **7** Fair market value of property <br> $ |

Form **1099-C**  (keep for your records)  www.irs.gov/Form1099C  Department of the Treasury - Internal Revenue Service

## Instructions for Debtor

You received this form because a federal government agency or an applicable financial entity (a creditor) has discharged (canceled or forgiven) a debt you owed, or because an identifiable event has occurred that either is or is deemed to be a discharge of a debt of $600 or more. If a creditor has discharged a debt you owed, you are required to include the discharged amount in your income, even if it is less than $600, on the "Other income" line of your Form 1040 or 1040-SR. However, you may not have to include all of the canceled debt in your income. There are exceptions and exclusions, such as bankruptcy and insolvency. See Pub. 4681, available at IRS.gov, for more details. If an identifiable event has occurred but the debt has not actually been discharged, then include any discharged debt in your income in the year that it is actually discharged, unless an exception or exclusion applies to you in that year.

**Debtor's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the creditor has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the creditor assigned to distinguish your account.

**Box 1.** Shows the date the earliest identifiable event occurred or, at the creditor's discretion, the date of an actual discharge that occurred before an identifiable event. See the code in box 6.

**Box 2.** Shows the amount of debt either actually or deemed discharged. **Note:** If you don't agree with the amount, contact your creditor.

**Box 3.** Shows interest if included in the debt reported in box 2. See Pub. 4681 to see if you must include the interest in gross income.

**Box 4.** Shows a description of the debt. If box 7 is completed, box 4 also shows a description of the property.

**Box 5.** Shows whether you were personally liable for repayment of the debt when the debt was created or, if modified, at the time of the last modification. See Pub. 4681 for reporting instructions.

**Box 6.** Shows the reason your creditor has filed this form. The codes in this box are described in more detail in Pub. 4681. A—Bankruptcy; B—Other judicial debt relief; C—Statute of limitations or expiration of deficiency period; D—Foreclosure election; E—Debt relief from probate or similar proceeding; F—By agreement; G—Decision or policy to discontinue collection; or H—Other actual discharge before identifiable event.

**Box 7.** If, in the same calendar year, a foreclosure or abandonment of property occurred in connection with the cancellation of the debt, the fair market value (FMV) of the property will be shown, or you will receive a separate Form 1099-A. Generally, the gross foreclosure bid price is considered to be the FMV. For an abandonment or voluntary conveyance in lieu of foreclosure, the FMV is generally the appraised value of the property. You may have income or loss because of the acquisition or abandonment. See Pub. 4681 for information about foreclosures and abandonments. If the property was your main home, see Pub. 523 to figure any taxable gain or ordinary income.

**Future developments.** For the latest information about developments related to Form 1099-C and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/Form1099C*.

**FreeFile.** Go to *www.IRS.gov/FreeFile* to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.

☐ VOID   ☐ CORRECTED

| CREDITOR'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | **1** Date of identifiable event | OMB No. 1545-1424 | **Cancellation of Debt** |
|---|---|---|---|
| | **2** Amount of debt discharged<br>$ | **2021**<br>Form **1099-C** | |
| | **3** Interest, if included in box 2<br>$ | | |

| CREDITOR'S TIN | DEBTOR'S TIN | **4** Debt description | **Copy C**<br>**For Creditor** |
|---|---|---|---|
| DEBTOR'S name | | | For Privacy Act and Paperwork Reduction Act Notice, see the **2021 General Instructions for Certain Information Returns.** |
| Street address (including apt. no.) | | **5** Check here if the debtor was personally liable for repayment of the debt . . . . . . . . ▶ ☐ | |
| City or town, state or province, country, and ZIP or foreign postal code | | | |

| Account number (see instructions) | **6** Identifiable event code | **7** Fair market value of property<br>$ |
|---|---|---|

Form **1099-C**   www.irs.gov/Form1099C   Department of the Treasury - Internal Revenue Service

## Instructions for Creditor

To complete Form 1099-C, use:

• The 2021 General Instructions for Certain Information Returns, and

• The 2021 Instructions for Forms 1099-A and 1099-C.

   To order these instructions and additional forms, go to *www.irs.gov/Form1099C.*

**Caution:** Because paper forms are scanned during processing, you cannot file Forms 1096, 1097, 1098, 1099, 3921, or 5498 that you print from the IRS website.

**Due dates.** Furnish Copy B of this form to the debtor by January 31, 2022.

   File Copy A of this form with the IRS by February 28, 2022. If you file electronically, the due date is March 31, 2022. To file electronically, you must have software that generates a file according to the specifications in Pub. 1220. The IRS does not provide a fill-in form option for Copy A.

**Need help?** If you have questions about reporting on Form 1099-C, call the information reporting customer service site toll free at 866-455-7438 or 304-263-8700 (not toll free). Persons with a hearing or speech disability with access to TTY/TDD equipment can call 304-579-4827 (not toll free).