**REED SMITH LLP**
*Formed in the State of Delaware*
Diane A. Bettino, Esq.
David G. Murphy, Esq.
506 Carnegie Center – Suite 300
Princeton, New Jersey 08540
Tel. (609) 514-5947
Fax (609) 951-0824

*Attorneys for Defendant Truist Bank*
*(improperly named Truist d/b/a or f/k/a Branch Banking and Trust Company)*

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN GERICKE, Individually and on behalf of All Individuals similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRUIST D/B/A OR F/K/A BRANCH BANKING AND TRUST COMPANY and JOHN DOES 1-10,<br><br>Defendants. | Civil Action No. 1:20-cv-03053<br><br>*Motion Returnable: March 17, 2021*<br><br><br>**CERTIFICATION OF SERVICE** |

I hereby certify that on this date, as counsel for Defendant Truist Bank (improperly named Truist d/b/a or f/k/a Branch Banking and Trust Company) ("Defendant"), I caused to be filed, via electronic filing, the following documents with the United States District Court for the District of New Jersey:

1. Supplemental Memorandum of Law in Further Support of Defendant Truist Bank's Motion to Dismiss;

2. Supplemental Certification of Diane A. Bettino, Esq.; and

3. This Certification of Service.

I hereby certify that on this date, I caused copies of the foregoing documents to be served via electronic filing and email upon:

Lewis G. Adler, Esq.
26 Newton Avenue
Woodbury, NJ 08096
*Attorneys for Plaintiff*

Lee M. Perlman, Esq.
Perlman Depetris Consumer Law
1926 Greentree Road, Suite 100
Cherry Hill, NJ 08003
*Attorneys for Plaintiff*

I further hereby certify that on this date, I caused copies of the foregoing documents to be served via regular mail upon:

Hon. Renee Marie Bumb, U.S.D.J.
U.S. District Court District of New Jersey
Mitchell J. Cohen Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

**REED SMITH LLP**

*/s/ Diane A. Bettino*

- 3 -

Dated:  March 12, 2021　　　　　　　　Diane A. Bettino, Esq.