[Docket No. 16]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| JOHN GERICKE, individually and on behalf of all individuals similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TRUIST, et al.,<br><br>　　　　Defendants. | Civil No. 20-3053 (RMB/AMD)<br><br>**ORDER** |

This matter comes before the Court on the Motion to Dismiss brought by Defendant Truist Bank ("Truist"). [Docket No. 16.] Having considered the parties' arguments, including at Oral Argument, and for the reasons expressed in the Opinion of today's date,

**IT IS** on this **26th** day of **March** 2021, hereby:

**ORDERED** that Truist's Motion to Dismiss [Docket No. 16] is **GRANTED**.

　　　　　　　　　　　　　　s/Renée Marie Bumb
　　　　　　　　　　　　　　RENÉE MARIE BUMB
　　　　　　　　　　　　　　United States District Judge