**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**(CAMDEN VICINAGE)**

**LEWIS G. ADLER, ESQ.** Attorney ID#:  023211985
26 Newton Ave.
Woodbury, NJ 08096
Tel. #:  (856) 845-1968
Fax #:  (856) 848-9504
Co-counsel for plaintiff(s)
Email:  **lewisadler@verizon.net**

| | |
|---|---|
| JOHN GERICKE, INDIVIDUALLY AND AS A CLASS REPRESENTATIVE ON BEHALF OF OTHERS SIMILARLY SITUATED,<br>          Plaintiff,<br>     vs.<br><br>TRUIST D/B/A OR F/K/A BRANCH BANKING AND TRUST COMPANY AND JOHN DOES 1-10,<br>          Defendant. | CIVIL ACTION NO.<br><br> 1:20-CV-03053-RMD-AMD |

**NOTICE OF APPEAL**

Notice is hereby given that, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the final judgment dated March 26, 2021 entered in this action on the 26th of March 2021.

/s/ Lewis G. Adler, Esq
Lewis G. Adler, Esquire
