**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOHN GERICKE, INDIVIDUALLY AND ON BEHALF OF ALL INDIVIDUALS SIMILARLY SITUATED,<br>                    PLAINTIFFS,[1]<br>           V.<br>TRUIST D/B/A OR F/K/A BRANCH BANKING AND TRUST COMPANY AND JOHN DOES 1-10,<br>                    DEFENDANTS. | CIVIL ACTION NO. 1:20-CV-03053-RMB-AMD |

**CERTIFICATION OF SERVICE**

**LEWIS G. ADLER, ESQ.**
Attorney ID#:  023211985
26 Newton Ave.
Woodbury, NJ 08096
Tel. #: (856) 845-1968
Fax #: (856) 848-9504
Email:  lewisadler@verizon.net
Co-counsel for plaintiffs

**PERLMAN DEPETRIS**
**CONSUMER LAW**
Lee M. Perlman
Attorney ID #:  019171994
Email: Lperlman@newjerseylemons.com
Paul DePetris
Attorney ID #:  005821996
Email: info@newjerseylemons.com
1926 Greentree Road, Suite 100
Cherry Hill, New Jersey 08003
Tel.#: 856-751-4224
Fax#: 856-751-4226
Co-counsel for plaintiffs

---

[1] For simplicity's sake all references to the parties named to this case shall use plural rather than singular designation, regardless of their actual number.

LEWIS G. ADLER hereby certifies to the Court as follows:

**PRELIMINARY STATEMENT**

1. I am an attorney at law licensed to practice law in the State of New Jersey and am counsel for the party/parties submitting this document to the Court for filing.

2. I make the statements contained in this certification from personal knowledge derived from my personal involvement in the facts recited in this certification.

**SERVICE OF PAPERS ON OPPONENTS**

3. On the below referenced date, I served or caused to be served by my office a copy of the below referenced papers on the below referenced counsel/parties via the below referenced mediums:

| Papers: | 1. The Instant Certification Of Service. <br> 2. NOTICE OF APPEAL |
|---|---|
| Parties and/or Counsel: | Diane A. Bettino & David G. Murphy <br> Reed Smith LLP <br> 506 Carnegie Center, Suite 300 <br> Princeton, New Jersey 08540 <br> Attorneys for Defendant TRUIST D/B/A OR F/K/A BRANCH BANKING AND TRUST COMPANY |
| Mediums: | (check all applicable boxes below) <br> [X] Electronically <br> [ ] First class mail <br> [ ] Certified Mail, Return Receipt Requested <br> [ ] Same Day Courier <br> [ ] Overnight Courier |

**CERTIFICATION MADE PURSUANT TO 28 U.S.C. §1746**

I certify, under penalty of perjury that the foregoing is true and correct.

```
                                    Respectfully submitted,

EXECUTED ON:  April 20, 2021        /s/ LEWIS G. ADLER
                                    LEWIS G. ADLER
                                    26 Newton Ave.
                                    Woodbury, NJ 08096
                                    Tel. #: (856) 845-1968
                                    Fax #: (856) 848-9504
                                    Co-counsel for plaintiffs
                                    Email:   lewisadler@verizon.net
```